# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT RAYMOND NAVARRO,<br><br>    Petitioner,<br>vs.<br><br>TIM VIRGA,<br><br>    Respondent. | Case No. CV 13-844 GHK (MRW)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE:   10/21/14                    _____
                                     HON. GEORGE H. KING
                                     CHIEF UNITED STATES DISTRICT JUDGE